Anthony L. Martin
Nevada Bar No. 8177
anthony.martin@ogletreedeakins.com
Amy L. Howard
Nevada Bar No. 13946
amy.howard@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Wells Fargo Tower
Suite 1500
3800 Howard Hughes Parkway
Las Vegas, NV 89169
Telephone: 702.369.6800
Fax: 702.369.6888

*Attorneys for Defendant G4S Secure Solutions (USA), Inc.*

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| RICHARD STROM,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>G4S SECURE SOLUTIONS (USA), INC., a foreign corporation; and DOES 1-50, inclusive,<br><br>　　　　　Defendants. | Case No.: 2:20-cv-00452-KJD-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE RESPONSE TO COMPLAINT**<br><br>**(First Request)** |

Pursuant to L.R. I.A. 6-1, 6-2, and 7-1, Plaintiff Richard Strom ("Plaintiff") and Defendant G4S Secure Solutions (USA) Inc. ("Defendant") (collectively, the "Parties"), by and through their respective counsel, hereby stipulate and agree to extend the time for Defendant to file an answer or otherwise respond to Plaintiff's Complaint up to and including April 20, 2020. Defendant's current deadline to file a response to the Complaint is April 6, 2020.

The Parties are requesting this extension due to the fact that counsel for Defendant has only recently been retained and needs additional time to prepare a response. This is the Parties' first request to extend the time for Defendant to respond to Plaintiff's Complaint.

. . .

. . .

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
WELLS FARGO TOWER
SUITE 1500, 3800 HOWARD HUGHES PARKWAY
LAS VEGAS, NV 89169
TELEPHONE: 702.369.6800

This requested extension of time is sought in good faith and not for purposes of any undue delay.

DATED this 6th day of April, 2020.    DATED this 6th day of April, 2020.

WATKINS & LETOFSKY, LLP    OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

/s/ *Theresa M. Santos*    /s/ *Amy L. Howard*
Daniel R. Watkins    Anthony L. Martin
Nevada Bar No. 11881    Nevada Bar No. 8177
Theresa M. Santos    Amy L. Howard
Nevada Bar No. 9448    Nevada Bar No. 13946
8215 S. Eastern, Ste. 265    Wells Fargo Tower
Las Vegas, NV 89123    Suite 1500
*Attorneys for Plaintiff*    3800 Howard Hughes Parkway
     Las Vegas, NV 89169
     *Attorneys for Defendant*

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

   April 7, 2020   
DATE