Anthony L. Martin
Nevada Bar No. 8177
anthony.martin@ogletreedeakins.com
Amy L. Howard
Nevada Bar No. 13946
amy.howard@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Wells Fargo Tower
Suite 1500
3800 Howard Hughes Parkway
Las Vegas, NV  89169
Telephone:  702.369.6800
Fax:  702.369.6888

Abby E. Chermely (*admitted pro hac vice*)
abby.chermely@dinsmore.com
DINSMORE & SHOHL LLP
255 E. Fifth Street
Suite 1900
Cincinatti, OH  45202

*Attorneys for Defendant G4S Secure Solutions (USA), Inc.*

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| RICHARD STROM,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>G4S SECURE SOLUTIONS (USA), INC., a foreign corporation; and DOES 1-50,inclusive,<br><br>　　　　　　Defendants. | Case No.:  2:20-cv-00452-KJD-NJK<br><br>**JOINT STATUS REPORT** |

In accordance with the Court's May 27, 2020 Order, the parties submit the following Joint Status Report.  The parties state that they have exchanged written discovery requests.  Due to delays related to COVID-19, the parties have not yet completed written discovery or scheduled depositions. While the parties remain interested in reconvening the ENE, the parties agree that before written discovery and targeted depositions are complete, further settlement discussions will not be

productive. Accordingly, the parties request additional time to complete discovery prior to reconvening the ENE.

DATED this 15th day of July, 2020.

**WATKINS & LETOFSKY, LLP**

/s/ *Theresa M. Santos*
Daniel R. Watkins
Nevada Bar No. 11881
Theresa M. Santos
Nevada Bar No. 9448
8935 S. Pecos Rd. Ste 22A
Henderson, NV 89074

*Attorneys for Plaintiff*
*Richard Strom*

DATED this 15th day of July, 2020.

**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**

/s/ *Amy L. Howard*
Anthony L. Martin
Nevada Bar No. 8177
Amy L. Howard
Nevada Bar No. 13946
Wells Fargo Tower
Suite 1500
3800 Howard Hughes Parkway
Las Vegas, NV  89169

**DINSMORE & SHOHL LLP**

Abby E. Chermely (*admitted pro hac vice*)
255 E. Fifth Street
Suite 1900
Cincinnati, OH  45202

*Attorneys for Defendant*
*G4S Secure Solutions (USA), Inc.*