Daniel R. Watkins
Nevada State Bar No. 11881
dw@wl-llp.com
Theresa M. Santos
Nevada State Bar No. 9448
tsantos@wl-llp.com
WATKINS & LETOFSKY, LLP
8935 S. Pecos Rd., Ste. 22A
Henderson, NV 89074
Office: (702) 901-7553; Fax: (702) 974-1297

Attorneys for Plaintiff, Richard Strom

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RICHARD STROM,<br><br>Plaintiff,<br><br>vs.<br><br>G4S SECURE SOLUTIONS (USA) INC., a foreign corporation; and DOES 1-50, inclusive,<br><br>Defendants. | Case No.: 2:20-cv-00452-KJD-NJK<br><br>**STIPULATION AND ORDER TO STAY DECISION ON DEFENDANT'S MOTION FOR SUMMARY JUDGMENT** |

Plaintiff, Richard Strom, "Plaintiff" and Defendant, G4S Secure Solutions, "Defendant", by and through their undersigned counsel, hereby stipulate to stay any decision on Defendant's Motion for Summary Judgement, (ECF No. 27) for a period of thirty (30) days.

The parties have secured the services of a third-party mediation service and will be attending mediation on this matter on July 21, 2021. Staying any decision on Defendant's Motion for Summary Judgment will assist the parties in their attempt to mutually resolve this matter.

///

///

///

///

**IT IS SO STIPULATED.**

DATED this 13th day of July, 2021.

WATKINS & LETOFSKY, LLP.

 /s/ Theresa M. Santos
_____
Daniel R. Watkins, Esq.
Theresa M. Santos, Esq.
8935 S. Pecos Rd., Ste. 22A
Henderson, NV 89074
Attorneys for Plaintiff

DATED this 13th day of July, 2021.

DINSMORE & SHOHL, LLP.

 /s/ Kelly E. Eisenlohr-Moul
_____
Kelly E. Eisenlohr-Moul, Esq., *Pro Hac Vice*
1100 Peachtree St. NE, Ste. 950
Atlanta, GA 30309
Attorneys for Defendant

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

 /s/ Anthony L. Martin
_____
Anthony L. Martin, Esq.
Wells Fargo Tower
3800 Howard Hughes Pkwy., Ste. 1500
Las Vegas, NV 89169
Attorneys for Defendant

**IT IS SO ORDERED.**

**ORDER**

_____
UNITED STATES DISTRICT JUDGE

 7/16/2021
DATED